# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

Robert P. Young, Jr.,
Chief Justice

141748

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES ELMER CASEY,
      Defendant-Appellant.

SC: 141748
COA: 298563
St. Clair CC: 09-002900-FC

_____/

      On order of the Court, the application for leave to appeal the July 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

_____
Clerk

0112